IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANTE LOVE,

        Plaintiff,                       No. CIV S-09-1086 GGH P

   vs.

EILYA MODHADDAM,

        Defendant.               <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed May 13, 2009, this court ordered plaintiff to complete and return to the court, within thirty days, one USM-285 form, two copies of his complaint and one completed summons. These documents are required to effect service on the defendant. On May 20, 2009, plaintiff submitted the USM-285 form and one copy of his complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on May 20, 2009 along with a blank summons; and

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court two copies of the complaint and a completed summons required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: June 10, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
lov1086.8f

2