IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANTE LOVE,

        Plaintiff,                    No. CIV S-09-1086 GGH P

      vs.

EILYA MODHADDAM,

        Defendant.

_____/      ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 13, 2009, the court found that the original complaint stated a colorable claim for relief and ordered plaintiff to submit the forms necessary to effect service. On May 20, 2009, plaintiff returned some of the forms necessary for service. On June 11, 2009, the court granted plaintiff thirty days to submit the remaining service forms.

        On June 11, 2009, plaintiff filed an amended complaint. Accordingly, the court will vacate the previous orders directing service of the original complaint and screen the amended complaint. Fed. R. Civ. P. 15.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Eilya Modhaddam.

2. The Clerk of the Court shall send plaintiff 1 USM-285 form, one summons, an instruction sheet and a copy of the amended complaint filed June 11, 2009.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Two copies of the endorsed amended complaint filed June 11, 2009.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: June 26, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

lov1086.1(2)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANTE LOVE,

      Plaintiff,                               No. CIV 09-1086 GGH P

  vs.

EILYA MODHADDAM,                  NOTICE OF SUBMISSION

      Defendant.                         OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ completed summons form

      ____ completed USM-285 forms

      ____ copies of the _____

            Complaint/Amended Complaint

DATED:

                                               Plaintiff