IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANTE LOVE,

      Plaintiff,                    No. CIV S-09-1086 GGH P

    vs.

EILYA MODHADDAM,

      Defendant.              ORDER

_____/

        On November 3, 2009, the undersigned issued a discovery and scheduling order. This order stated that defendant Modhaddam had answered the complaint.

        On November 17, 2009, plaintiff filed a motion to amend the scheduling order. Plaintiff requests that the dates in the scheduling order be vacated because he was not served with the answer. Rather than vacating the dates, the court will order defendant to re-serve plaintiff with the answer.

/////

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that within seven days of the date of
2  this order, defendant shall re-serve plaintiff with the answer and file proof of re-service with the
3  court.
4  DATED: December 8, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

8  lov1086.ord