IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANTE LOVE,

      Plaintiff,                    No. CIV S-09-1086 WBS GGH P

    vs.

EILYA MODHADDAM,

      Defendant.               ORDER

_____/

        On January 21, 2010, defendant filed a motion to compel and for sanctions. Plaintiff has not opposed this motion. Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause for his failure to oppose defendant's motion to compel; plaintiff shall also file his opposition to the motion within that time.

DATED: March 25, 2010

                                     /s/ Gregory G. Hollows

                                     UNITED STATES MAGISTRATE JUDGE

lov1086.osc

1